NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000999
17-JUL-2015
11:24 AM

NO. CAAP-11-0000999

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SAINGOEN DAVIS, Plaintiff-Appellant/Cross-Appellee,
v.
GARY W. VANCIL; MARK VAN PERNIS; VAN PERNIS-VANCIL,
A Law Corporation, Defendants-Appellees/Cross-Appellants,
and
NICHOLLE DAVIS, Defendant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 08-1-352K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of Defendants-Appellees/Cross-Appellants Gary W. Vancil, Mark Van Pernis and Van Pernis-Vancil's Motion for Reconsideration filed on July 10, 2015, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, July 17, 2015.

Chief Judge

Associate Judge

Associate Judge